AO 91 (Rev. 02/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
## WESTERN DISTRICT OF KENTUCKY

'11 FEB 11 A10:04

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| v. ) | Case No. 5:11MJ-28-1C |
| ) | |
| Percy Edward Stull Jr. ) | |
| a/k/a "crshhwk08" | |
| *Defendant* | |

## CRIMINAL COMPLAINT

I, Special Agent Adam Keown, the complainant in this case, state the following is true to the best of my knowledge and belief.

On or about and between November 15, 2010, and January 20, 2011, while in Christian County, Kentucky, Percy Edward Stull, Jr., knowingly:
  a. attempted to transmit obscene material to a minor, in violation of 18 U.S.C. § 1470;
  b. attempted to persuade, induce, entice, or coerce a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b); and
  c. attempted to employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, in violation of 18 U.S.C. § 2251(a).

x    Continued on the attached sheet

*Complainant's signature*

Adam Keown, Special Agent
Federal Bureau of Investigation

*Printed name and title*

*Sworn to before me and signed in my presence.*

Date: February 11, 2011

*Judge's Signature*

W. DAVID KING, United States Magistrate Judge

*Printed Name and Title*

Paducah, Kentucky

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, Adam Keown, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2003. Since 2006, I have been assigned to investigate computer crimes involving national security, high technology criminals, and child exploitation matters. Before being employed by the FBI, I received my Computer Science Bachelors degree from the University of Tennessee at Chattanooga and worked in the technology field for several years. During the FBI Academy and throughout my career, I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, computer evidence seizure and processing, and various criminal laws and procedures.

2. As a federal agent, I am authorized to investigate violations of laws of the United States and I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## SOURCE OF INFORMATION CONTAINED HEREIN

3. The facts set forth in this affidavit are based upon my personal knowledge, knowledge obtained during my participation in this investigation and from other individuals including my review of documents, and computer records related to this investigation, communication with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. This affidavit does not contain all of the information known to me regarding this investigation. I have included in this affidavit facts that I believe are sufficient to support a probable cause finding for the issuance of the requested warrant but I do not purport to include each and every matter of fact observed or known to me or other law enforcement agents involved in this investigation.

## PROBABLE CAUSE

4. Instant messaging is a form of real-time direct text-based communication between two or more people using personal computers or other electronic devices. Advanced instant messaging software, like Yahoo! Messenger, provide advanced features like file transfers, webcam viewing, and chat rooms. Yahoo! Messenger is provided by Yahoo!, an American public corporation that provides multiple services via the Internet.

5. On November 15, 2010, at approximately 2:00 A.M., I was operating online in an undercover capacity as an almost 14-year-old girl named Ashley, with Internet username "kdreaming96," in a standard Yahoo! Messenger chat room. I received an instant message (IM) from a user identified as "crshhwk08." I identified myself as a 13 year old girl living in Louisville, Kentucky, who would turn 14 years old on Tuesday. "Crshhwk08" identified himself as a 42-year-old male living in Oak Grove, Kentucky. During this first conversation "crshhwk08"

asked if me if I was "a bad girl." I replied "I guess" and he said "u naked?" Soon he asked me if I had a webcam and then invited me to view his webcam. When the webcam picture became visible, I saw a white male with dark hair wearing glasses. He also had a mustache/beard and was not wearing a shirt. I could not see him below the chest. "Crshhwk08" soon asked "u want to see my cock?" and I replied "uh huh." At that time, the white male positioned the webcam to show his erect penis and began to masturbate. He soon asked "do u want me to cum?" and proceed to ejaculate.

6. Soon after masturbating and believing that I was naked, "crshhwk08" said "wish i could see" and the following chat transpired when he first asked for me to produce nude photographs and provide them to him.

```
crshhwk08 (2:26:23 AM): wish i could see
kdreaming96 (2:26:32 AM): how would u?
crshhwk08 (2:26:38 AM): if u had a cam
kdreaming96 (2:26:51 AM): the only cam i have is digital.
crshhwk08 (2:27:08 AM): should be able to hook up to puter
kdreaming96 (2:27:23 AM): i am not computer person
crshhwk08 (2:27:42 AM): take some pictures of urself and put on puter
kdreaming96 (2:27:49 AM): how
crshhwk08 (2:28:01 AM): usin an usb cord
crshhwk08 (2:28:13 AM): upload to ur puter
kdreaming96 (2:28:59 AM): wait.. so u want me to take nude pics of myself?
kdreaming96 (2:29:05 AM): then usb cord?
crshhwk08 (2:29:07 AM): if u like
crshhwk08 (2:29:44 AM): usb cord is wat u hook cam tp puter
crshhwk08 (2:29:49 AM): to
crshhwk08 (2:29:58 AM): will u do it
kdreaming96 (2:30:14 AM): maybe.. but i need help. explain more.
crshhwk08 (2:30:42 AM): take pictures then hook cam tp computer and upload pictures to computer
kdreaming96 (2:31:37 AM): after i get them on computer. what next?
crshhwk08 (2:31:48 AM): share
crshhwk08 (2:32:07 AM): like we just did thru photo share
```

7. In the first 3 minutes of the next conversation (approximately 13 hours later), "crshhwk08" told me he was at work and then asked "did u take some pics?" I said "the nude ones" and he replied "yes." I explained that I might be able to borrow a webcam. He soon asked me what I was wearing. I replied jeans and a t-shirt and he replied "panties?" I said yes and he demanded that I "take them off." I told him we could talk when he got home from work.

8. A couple of hours later "crshhwk08" said "did u get cam?" and I replied "i have one.. isnt that what u wanted?" He said "yes, can i see u?" He then told me to "hook to computer" by plugging it into the USB port. Once the camera was plugged in he said "go up to action" referring to the Yahoo! Messaging software and said "scroll down to propertys" "hit webcam." When the picture was fuzzy crshhwk08 said "adjust the lens," "close it and try again," and "keep workin with it."

9. "Crshhwk08" then offered as before to show me his webcam by saying "u want mine"

and I agreed. When displayed, the same white male was shown as before from the chest up. He then positioned the camera to show his erect penis and said "where would u like it tonite," "u want it in ur mouth," "do u swallow," "wish ur cam worked," "u rubbin ur pussy," "u like it doggie style?" He then demanded "take some nude pics for me."

10. Conversations to include crshhwk08 transmitting obscene material (masturbating) on webcam occurred six separate times.

November 15, 2010 at approximately 2:00AM
November 15, 2010 at approximately 6:00PM
November 17, 2010 at approximately 12:00AM
November 17, 2010 at approximately 5:00PM
January 03, 2011 at approximately 5:00PM
January 14, 2011 at approximately 12:15PM

11. On December 15, 2010, "crshhwk08 " demanded "get wet and show me." I asked how and he said to take a picture. I said "between my legs" and he replied "yes." I then asked "have u seen a girl my age do that b4" and "is that normal?" He replied "yes." crshhwk08 asked for me to produce nude photographs in at least 15 separate conversations.

November 15, 2010 at approximately 2:26AM
November 15, 2010 at approximately 3:13PM
November 16, 2010 at approximately 1:12AM
November 16, 2010 at approximately 11:55PM
November 17, 2010 at approximately 5:05PM
November 18, 2010 at approximately 5:42PM
November 23, 2010 at approximately 11:23PM
December 15, 2010 at approximately 4:50PM
December 15, 2010 at approximately 7:49PM
December 27, 2010 at approximately 12:19AM
January 3, 2011 at approximately 12:06PM
January 3, 2011 at approximately 4:15PM
January 6, 2011 at approximately 10:17AM
January 14, 2011 at approximately 11:57AM
January 20, 2011 at approximately 11:07AM

12. Open source Internet searches of "crshhwk08" revealed a myspace.com and flixter.com account. Both of these accounts revealed a photograph of the same individual that was displayed on the webcam video in the conversations previously described with kdreaming96. These searches also produced website of Andrea Locke who claims to have had a relationship with "crshhwk08." On her webpage, she also refers to crshhwk08 as "Crash", "Percy", and "Pete".

13. Yahoo Subpoena results revealed the following subscriber information.

3



    Login Name: crshhwk08
    Yahoo Mail: crshhwk08@yahoo.com
    Registration IP: 68.221.249.166
    Full Name: Mr. Crash Stull Jr
    Address: XXX Thompsonville Lane, Lot #19, Oak Grove, KY 42262

    14. Public database searches on a Pete Stull in Kentucky produced the name Percy Edward Stull, 42 years old, in Oak Grove, Kentucky. This information matches conversations with crshhwk08 where he details himself as 42 and living in Oak Grove, KY. Kentucky Department of Motor Vehicles (DMV) database provided a current record of Percy Edward Stull Jr., date of birth XX/XX/1968, living at XXX Thompsonville Lane, Lot #19, Oak Grove, KY 42262 matching Yahoo subpoena results. The DMV photograph further matched the same individual that was displayed on the webcam video.

    15. On January 20, 2011, Percy Edward Stull Jr. was interviewed and stated that Ashley was a 16 year old friend on Yahoo! Messenger. He further stated that he masturbated for her on two separate occasions.

## CONCLUSION

    Based upon all of the information set forth herein, your Affiant respectfully submits that there is probable cause to believe that on or about and between November 15, 2010, and January 20, 2011, while in Christian County, Kentucky, Percy Edward Stull, Jr., knowingly:

    a. attempted to transmit obscene material to a minor, in violation of 18 U.S.C. § 1470;

    b. attempted to persuade, induce, entice, or coerce a minor to engage in sexual activity, in violation of 18 U.S.C. § 2422(b); and

    c. attempted to employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, in violation of 18 U.S.C. § 2251(a).

_____
Adam Keown
Special Agent, Federal Bureau of Investigation

Sworn to me and subscribed in my presence this 11th day of February 2011.

_____
W. David King
United States Magistrate Judge