UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

'11 MAR -8 P2:37

UNITED STATES OF AMERICA

v.

INDICTMENT

NO. 5:11CR5-R

PERCY EDWARD STULL, JR.
A/K/A "crshhwk08"

18 U.S.C. § 1470
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(e)
18 U.S.C. § 2422(b)

The Grand Jury charges:

## COUNT 1

On or about November 15, 2010, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **PERCY EDWARD STULL, JR. A/K/A "crshhwk08,"** using a facility and means of interstate commerce, attempted to knowingly transfer obscene matter, specifically, live streaming video of himself masturbating, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

The Grand Jury further charges:

## COUNT 2

On or about November 15, 2010, on an occasion different than that set out in Count 1 of this Indictment, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **PERCY EDWARD STULL, JR. A/K/A "crshhwk08,"** using a facility and means of interstate commerce, attempted to knowingly transfer obscene matter, specifically, live streaming video of

himself masturbating, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

The Grand Jury further charges:

## COUNT 3

On or about November 17, 2010, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **PERCY EDWARD STULL, JR. A/K/A "crshhwk08,"** using a facility and means of interstate commerce, attempted to knowingly transfer obscene matter, specifically, live streaming video of himself masturbating, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

The Grand Jury further charges:

## COUNT 4

On or about November 17, 2010, on an occasion different than that set out in Count 3 of this Indictment, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **PERCY EDWARD STULL, JR. A/K/A "crshhwk08,"** using a facility and means of interstate commerce, attempted to knowingly transfer obscene matter, specifically, live streaming video of himself masturbating, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

The Grand Jury further charges:

## COUNT 5

On or about January 3, 2011, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **PERCY EDWARD STULL, JR. A/K/A "crshhwk08,"** using a facility and means of interstate commerce, attempted to knowingly transfer obscene matter, specifically, live streaming video of himself masturbating, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

The Grand Jury further charges:

## COUNT 6

On or about January 14, 2011, in the Western District of Kentucky, Christian County, Kentucky, the defendant, **PERCY EDWARD STULL, JR. A/K/A "crshhwk08,"** using a facility and means of interstate commerce, attempted to knowingly transfer obscene matter, specifically, live streaming video of himself masturbating, to another individual who had not attained the age of 16 years, knowing that such other individual had not attained the age of 16 years.

In violation of Title 18, United States Code, Section 1470.

The Grand Jury further charges:

## COUNTS 7 - 21

On or about the following dates:

November 15, 2010 (Count 7)

November 15, 2010 (Count 8 - different occasion than Count 7)
November 16, 2010 (Count 9)
November 16, 2010 (Count 10 - different occasion than Count 9)
November 17, 2010 (Count 11)
November 18, 2010 (Count 12)
November 23, 2010 (Count 13)
December 15, 2010 (Count 14)
December 15, 2010 (Count 15 - different occasion than Count 14)
December 27, 2010 (Count 16)
January 3, 2011 (Count 17)
January 3, 2011 (Count 18 - different occasion than Count 17)
January 6, 2011 (Count 19)
January 14, 2011 (Count 20)
January 20, 2011 (Count 21)

in the Western District of Kentucky, Christian County, Kentucky, the defendant, **PERCY EDWARD STULL, JR. A/K/A "crshhwk08,"** knowingly attempted to use, persuade, induce, entice, and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, the production of which used materials that had been mailed, shipped, and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2251(e).

The Grand Jury further charges:

### COUNTS 22 - 36

On or about the following dates:

November 15, 2010 (Count 22)
November 15, 2010 (Count 23 different occasion than Count 22)
November 16, 2010 (Count 24)
November 16, 2010 (Count 25 - different occasion than Count 24)
November 17, 2010 (Count 26)
November 18, 2010 (Count 27)
November 23, 2010 (Count 28)
December 15, 2010 (Count 29)

December 15, 2010 (Count 30 - different occasion than Count 29)
December 27, 2010 (Count 31)
January 3, 2011 (Count 32)
January 3, 2011 (Count 33 - different occasion than Count 32)
January 6, 2011 (Count 34)
January 14, 2011 (Count 35)
January 20, 2011 (Count 36)

in the Western District of Kentucky, Christian County, Kentucky, the defendant, **PERCY EDWARD STULL, JR. A/K/A "crshhwk08,"** using a facility and means of interstate commerce, that is, wire communications over the Internet, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of eighteen years to engage in sexual activity for which a person may be charged with a criminal offense.

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL.



FOREPERSON

DAVID J. HALE
UNITED STATES ATTORNEY

DJH:JEL:110302

UNITED STATES OF AMERICA v. PERCY EDWARD STULL, JR. A/K/A "crshhwk08"

## PENALTIES

Counts 1 - 6:     NM 10 yrs./$250,000/both/NM 3 yrs. Supervised Release (each count)
Counts 7 - 21:    NL 15 yrs./NM 30 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release (each count)
Counts 22 - 36:   NL 10 yrs. NM Life/$250,000/both/NL 5 yrs./NM Life Supervised Release (each count)

## NOTICE

**ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.**

SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor:  $ 25 per count/individual              Felony: $100 per count/individual
              $125 per count/other                           $400 per count/other

FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**<u>Failure to pay fine as ordered may subject you to the following</u>:**

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   <u>For offenses occurring after December 12, 1987:</u>

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1. That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2. Give bond for payment thereof.

18 U.S.C. § 3572(g)

PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:  Clerk, U.S. District Court
106 Gene Snyder U.S. Courthouse
601 West Broadway
Louisville, KY 40202
502/625-3500

BOWLING GREEN:  Clerk, U.S. District Court
120 Federal Building
241 East Main Street
Bowling Green, KY 42101
270/393-2500

OWENSBORO:  Clerk, U.S. District Court
126 Federal Building
423 Frederica
Owensboro, KY 42301
270/689-4400

PADUCAH:  Clerk, U.S. District Court
127 Federal Building
501 Broadway
Paducah, KY 42001
270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No. 5:11CR5-R

# UNITED STATES DISTRICT COURT
## Western District of Kentucky
### Paducah Division

THE UNITED STATES OF AMERICA
vs.
PERCY EDWARD STULL, JR.

a/k/a "crshhwk08"

# INDICTMENT

Title 18 U.S.C. §§ 1470; 2251(a); 2251(e); 2422(b):
Attempt to Transfer Obscene Matter to a Minor; Attempt to Persuade, Induce, Entice, and Coerce a Minor to Engage in Sexually Explicit Conduct for the Purpose of Producing a Visual Depiction.



*A true bill.*

_____ *Foreman*

*Filed in open court this 8th day, of March A.D. 2011.*

Bail, $

FILED
MAR 0 8 2011
VANESSA L. ARMSTRONG
BY_____
DEPUTY CLERK