UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:11CR-5-R

UNITED STATES OF AMERICA                                                    PLAINTIFF

V

PERCY EDWARD STULL                                                          DEFENDANT

**O R D E R**

A telephonic further proceedings was held on June 13, 2011.
Appearing:
For the United States:     Jo E. Lawless, AUSA
For the Defendant:         Laura Wyrosdick, Asst. Federal Public Defender

Terri Turner, Official Court Reporter, recorded the proceedings.

A **telephonic further proceedings** is set on **July 13, 2011 at 8:45 a.m. CT**.  The Court shall initiate the call to counsel.

Defendant agrees, in the interest of justice, and pursuant to 18 USC §3161(h)(8)(A), §3161(h)(8)B)(i), §3161(h)(8)(B)(ii), and §3161(h)(8)(B)(iv), the period of delay between June 13, 2011 and July 13, 2011 is excluded from the time allowed for a speedy trial, as stated in the official record.


cc:     Counsel
        AUSA
        US Probation
        US Marshal
P/10